| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| versus | § | NO. 1:12-CR-11-MAC |
| | § | |
| JOHN STEVEN STARK | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred a motion to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.

Judge Stetson recommended that Defendant's Motion for Adjustment of Restitution (#35) be denied as the Bureau of Prisons has not acted unlawfully or improperly in deducting the stimulus funds Stark received to pay towards the restitution he owes. (#36.) No objections to the proposed findings and recommendations contained in the magistrate judge's report have been made.

Accordingly, the report and recommendations of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore **ORDERED** and **ADJUDGED** that Defendant's motion is **DENIED**.

SIGNED at Beaumont, Texas, this 29th day of July, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE