**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| *versus* | § § | **NO. 1:12-CR-11-MAC** |
| **JOHN STEVEN STARK** | § § § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Christine L. Stetson recommended:

1.  finding the Defendant violated the third allegation in the petition that he failed to follow a mandatory condition of release;

2.  revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3.  sentencing the Defendant to a term of 18 months' imprisonment, which shall run consecutively with the terms of imprisonment imposed in Liberty County, Texas, Cause Nos. 24DC-CR-00783 and 24DC-CR-00772, and concurrently with the term of imprisonment imposed upon revocation in United States District Court, Eastern District of Texas, Case No. 1:12CR44-1, to be served at the Federal Correctional Institution in Tucson, Arizona, if the Bureau of Prisons can accommodate such request, with no supervised release to follow.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed findings

and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended.  The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and John Steven Stark's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Lufkin, Texas, this 15th day of June, 2026.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE